# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JUDY L. LANCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 04-746 (RCL)** |
| | ) | |
| **UNITED MINE WORKERS OF** | ) | |
| **AMERICA 1974 PENSION TRUST,** | ) | |
| **et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Plaintiff's Motion [9] for Reconsideration, opposition thereto, the reply, the applicable law, and the entire record herein; and in accordance with the Memorandum Opinion issued this date; it is hereby

ORDERED that Plaintiff's Motion for Reconsideration is GRANTED; and it is further

ORDERED that January 21, 2005, Order of this Court dismissing this action with prejudice as to all defendants except the Mine Workers of America 1974 Pension Trust is vacated; and it is further

ORDERED that Defendants' Partial Motion to Dismiss as against the defendants in their individual capacities is DENIED; and it is further

ORDERED that the individual defendants shall file an answer to the plaintiff's First and Second causes of action within ten days of this date.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 26, 2005.